UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | CASE NUMBER: 3:19-MJ-05 |
| The premises known as the offices of Facebook, Inc., 1601 Willow Road, Menlo Park, California 94025, for information associated with Facebook User Account Number "1202633104"/Facebook Username "jojo.bourne.1" | **APPLICATION FOR SEARCH WARRANT** |

I, Dylan Dowling, being duly sworn depose and say:

I am a Trooper with the South Dakota Highway Patrol (SDHP) and am currently assigned to the Northern Plains Safe Trails Drug Enforcement Task Force (NPSTDETF) in Pierre, South Dakota. I have reason to believe that within the premises known as the offices of Facebook, Inc., 1601 Willow Road, Menlo Park, California 94025, Facebook User "Joseph Jojo Bourne" with Facebook User Account Number "1202633104"/Facebook Username "jojo.bourne.1", there is now concealed certain property, namely: that described in my Affidavit in Support of Application for Search Warrant, which I believe is property constituting evidence of the commission of a criminal offense, contraband, the fruits of crime, or things otherwise criminally possessed, or property designed or intended for use which is or has been used as the means of committing a criminal offense, concerning a violation of 21 U.S.C. §§ 841 and 846.

The facts to support a finding of probable cause are contained in my Affidavit filed herewith, and attached hereto and incorporated by this reference.

Respectfully Submitted,

*[signature]*

Dylan Dowling, TFO
Northern Plains Safe Trails Drug Enforcement Task Force

Sworn to me by reliable electronic means and not in my presence on this 10th day of January, 2019, at Rapid City, South Dakota.

*[signature]*

DANETA WOLLMANN
United States Magistrate Judge