# RETURN

| Case no.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:19-MJ-05 | 1-14-19  2:59 PM | **FILED** FEB 19 2019 *Matthew Thelen* CLERK |

**Inventory made in the presence of:**
Buckley Wright

**Inventory of the property taken and name of any person(s) seized:**

Electronic data maintained at Pierre FBI office

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated clerk of court.

*[signature]*